113.23.19 Urano Rokosz v. East Lake Com'n  133.23.19 Urano Rokosz v. East Lake Com'n